UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD CHRISTIAN SCHOOLS, et al., | No. C-01-4282 SC |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |
| v. | |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

On August 29, 2006, this Court issued an Order Granting in Part and Denying in Part Defendants' Motion for Partial Summary Judgment and Denying Plaintiffs' Motion for Partial Summary Judgment ("Order"). On September 7, 2006, Plaintiffs filed a Motion requesting the Court to review that portion of the Order denying summary judgment on Plaintiffs' federal unbridled discretion claim. The Court hereby DENIES Plaintiffs' Motion for Leave to File Motion for Reconsideration.

This case does not fit within the parameters of relevant precedent in which courts have invalidated zoning ordinances based on the unbridled discretion doctrine. Those cases apply the unbridled discretion doctrine when the ordinance on its face regulates expressive conduct. See FW/PBS, Inc. v. City of Dallas, 493 U.S. 215, 225 (1990) ("the scheme involved here is more onerous with respect to sexually oriented businesses than with

respect to the vast majority of other businesses") and <u>City of Lakewood v. Plain Dealer Publishing Co.</u>, 486 U.S. 750, 759-60 (1988) ("The law must have a close enough nexus to expression, or to conduct commonly associated with expression, to pose a real and substantial threat of the identified censorship risks. . . . A second feature of the licensing system at issue here is that it is directed narrowly and specifically at expression or conduct commonly associated with expression: the circulation of newspapers."). The ordinance in this case is one of general application, making the unbridled discretion doctrine inapplicable.

    For the foregoing reasons, Plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

Dated: September 18, 2006

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE