UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REDWOOD CHRISTIAN SCHOOLS, et al., ) No. C-01-4282 SC
)
Plaintiffs, ) ORDER REGARDING PRE-
) TRIAL DATES
v. )
)
COUNTY OF ALAMEDA, et al., )
)
Defendants. )

Having considered the parties' requests regarding motions in limine, the Court hereby ORDERS that all prior deadlines remain in effect. If the parties wish to set page limits for documents they should discuss the issue and, if possible, agree upon page limits.

Having considered the parties' requests to reschedule pre-trial hearings and due dates for documents other than motions in limine, the Court hereby AMENDS the schedule as follows (all dates are for 2007):

January 16: Parties submit proposed joint jury questionnaire

January 19: Hearing in Courtroom #1 at 10:00 A.M. for motions in limine and proposed joint jury questionnaire

January 26: Parties submit remaining required pre-trial documents including a joint, brief statement of the case; proposed voir dire questions; trial briefs; exhibit and witness lists;

1     Daubert motions; a statement designating excerpts from
2     depositions, answers to interrogatories and responses to
3     requests for admission; joint jury instructions; and a
4     proposed verdict form
5 February 7: Pre-trial Hearing in Courtroom #1 at 10:00 A.M.; and
6     jurors will complete questionnaires in the morning for
7     distribution to the attorneys and Court in the afternoon
8 February 9: Hearing in Courtroom #1 at 10:00 A.M. for completed
9     jury questionnaires and Court's presentation to attorneys of
10    the jury instructions
11 February 12: Trial begins

13    IT IS SO ORDERED.

15    Dated: January 3, 2007                   _____
                                                UNITED STATES DISTRICT JUDGE