UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REDWOOD CHRISTIAN SCHOOLS, et al., | ) | No. C-01-4282 SC |
| | ) | |
| Plaintiffs, | ) | ORDER CONTINUING |
| | ) | HEARING FOR MOTIONS |
| v. | ) | IN LIMINE |
| | ) | |
| COUNTY OF ALAMEDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

        To give the Court sufficient time to review the parties'

numerous submissions, the Court hereby AMENDS the pre-trial

schedule as follows:

        1) The hearing for the motions in limine, Defendants' Motion

to Amend the Answer, and proposed joint jury questionnaire is

CONTINUED to January 26, 2007 in Courtroom #1 at 10:00 A.M.

The Court will not accept additional papers concerning the

motions in limine because they are already fully briefed.

        2) The parties should submit their joint, brief statement of

the case by January 23, 2007.

        3) All other dates remain in effect as described by the

Court's Order dated January 3, 2007.


        IT IS SO ORDERED.


        Dated: January 18, 2007        _____
                                        UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California