Richard E. Winnie (SBN: 68048)
richard.winnie@acgov.org
Brian Washington (SBN: 146807)
brian.washington@acgov.org
COUNTY COUNSEL
County Of Alameda
1221 Oak Street, Room 463
Oakland, CA 94612

John W. Keker (SBN: 49092)
jkeker@kvn.com
Rachael E. Meny (SBN: 178514)
rmeny@kvn.com
Ryan M. Kent (SBN: 220441)
rkent@kvn.com
Andrew Shen (SBN: 232499)
ashen@kvn.com
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
COUNTY OF ALAMEDA, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD CHRISTIAN SCHOOLS, et al. | Case No. C01-4282 SC ADR |
| Plaintiffs, | [PROPOSED] ORDER AUTHORIZING ELECTRONIC EQUIPMENT FOR TRIAL |
| v. | |
| COUNTY OF ALAMEDA, et al. | Trial Date: February 12, 2007 |
| Defendants. | Dept: 1 |

Based on the joint application of the parties counsel, Keker & Van Nest, LLP and Coddington, Hicks & Danforth, the Court enters the following order:

The Court hereby authorized counsel or any person designated by either counsel and bearing a copy of this order to bring the following equipment into the United States Courthouse at 450 Golden Gate Avenue, for purposed of trial presentation:

1. laptop computers (daily)
2. LCD projector
3. document camera ("ELMO" overhead projector)
4. Several LCD Monitors
5. Switch boxes for computer equipment
6. various accessory extension cords, cables, speakers, power strips and duct tape.

The United States Marshals Service and the court security officers are directed to permit counsel or their designee bearing this court order to bring the above-described electronic equipment into the courthouse commencing on February 9, 2007 and during the weeks ending on or about March 5, 2007.

SO ORDERED.

Dated: January 26, 2007



COURT

387775.01

[PROPOSED] ORDER AUTHORIZING ELECTRONIC EQUIPMENT FOR TRIAL
CASE NO. C01-4282 SC ADR