UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REDWOOD CHRISTIAN SCHOOLS,           )   No. C-01-4282 SC
                                     )
          Plaintiff,                 )   ORDER REGARDING JURY
                                     )   <u>INSTRUCTIONS</u>
     v.                              )
                                     )
COUNTY OF ALAMEDA, <u>et</u> <u>al.</u>,          )
                                     )
          Defendants.                )
_____)

Based on the parties' objections and discussion in Court on February 26, 2007, the Court has edited the Jury Instructions to reflect the following changes:

- <u>Instruction 10</u>: added the phrase "with reference to the procedures conducted at the hearing"
- <u>Instruction 12</u>: removed the "Scope of application" section
- <u>Instruction 16</u>: removed the words "or disagreeable necessity"
- <u>Instruction 17</u>: removed the last paragraph per the parties' agreement
- <u>Instruction 18</u>: deleted entire instruction per the parties' agreement; the remaining instructions were re-numbered
- <u>Instruction 19 on Least Restrictive Means</u>: added "in furtherance of a compelling governmental interest" at the end of the first sentence to reflect the language of RLUIPA.

IT IS SO ORDERED.

Dated: February 26, 2007

_____
UNITED STATES DISTRICT JUDGE