UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD CHRISTIAN SCHOOLS, | No. C-01-4282 SC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION |
| v. | FOR COSTS |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

**I.   INTRODUCTION**

After the Court entered judgment in favor of Defendants County of Alameda and the Alameda County Board of Supervisors ("Defendants" or "County"), Defendants requested reimbursement for costs under 28 U.S.C. § 1920. See Docket No. 417. Plaintiff Redwood Christian Schools ("Plaintiff" or "Redwood") objected to Defendants' bill of costs and Defendants filed a response. See Docket Nos. 419, 421.

**II.   DISCUSSION**

Under Rule 54(d)(1) of the Federal Rules of Civil Procedure, costs shall be allowed to the prevailing party unless a statute or court directs otherwise. Having reviewed the documentation presented by Defendants, the Court finds that Defendants accurately accounted for all necessarily incurred expenses. Thus,

1  the Court will award Defendants' costs in the amount of
2  $178,829.21.  See Docket No. 421.
3      Contrary to Plaintiff's assertions, there are no legitimate
4  reasons for denying costs.  First, this case is not
5  "extraordinarily important" such that costs should be denied.  See
6  Assoc. of Mexican-American Educators v. California, 231 F.3d 572,
7  593 (9th Cir. 2000) (affirming the district court's denial of
8  costs in a case "that presents issues of the gravest public
9  importance" and "extraordinarily high" costs).  In this case,
10 Plaintiff's claims do not affect the public as a whole and costs
11 were relatively low considering the nearly six-year length of the
12 case.  Moreover, taxing costs is fair and just under the
13 circumstances.

### III. CONCLUSION

    Having reviewed the relevant documentation and case-law, the Court hereby GRANTS Defendants costs in the amount of $178,829.21, as discussed in Defendants' Response to Plaintiff's Objections to Bill of Costs and supported by the underlying declarations and receipts.

    IT IS SO ORDERED.

Dated: July 9, 2007

_____
UNITED STATES DISTRICT JUDGE